IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| PETER EDWARD ALESZCZYK | : | NO. 09-CR-346 |

ORDER

AND NOW, this   20th   day of January, 2012, upon consideration of the Defendant's letter request for this Court to submit a letter of recommendation to the Bureau of Prisons for certain conditions of treatment and care and after a conference call with Defendant's attorney and the Government's attorney, it is hereby ORDERED that the Defendant's request is DENIED.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,          C.J.

---

1.  This Court finds that the Defendant's medical needs are being adequately addressed by the Bureau of Prisons pursuant to this Court's recommendation.