PROB 12
(Rev. 10/93)

# United States District Court

for the

### Eastern District of Pennsylvania

**December 9, 2015**

U.S.A. vs. Peter Edward Aleszczyk         Case No. 2:09CR000346-001

## VIOLATION OF SUPERVISED RELEASE

COMES NOW Jason W. Fury U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Peter Edward Aleszczyk who was placed on supervised release by The Honorable J. Curtis Joyner sitting in the Court at Philadelphia, PA, on the 19th day of March 2010 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE:    Wire fraud (Count One); Mail fraud (Count Two).

ORIGINAL SENTENCE:   The defendant was sentenced to the custody of the United States Bureau of Prisons for a term of 51 months to be followed by 3 years of supervised release.

SPECIAL CONDITIONS:  1) The defendant shall pay a special assessment in the amount of $200.00; 2) The defendant shall pay a fine in the amount of $2,500.00 to be paid in quarterly installments of $25.00; 3) The defendant shall pay restitution in the amount of $560,629.76 to be paid in monthly installments of $1,000.00; 4) The defendant shall refrain from employment in the field of "head hunting" or providing employment service placement for outside companies in any field; 5) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; and 6) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation. The defendant shall not encumber of liquidate interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has the express approval of the Court.

RE: ALESZCZYK, Peter Edward
Case No. 2:09CR000346-001

DATE SUPERVISION
COMMENCED:         January 22, 2013

DATE SUPERVISION
TERMINATES:          January 21, 2016

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of her supervision under such circumstances as may warrant revocation. These conditions are:

A.     Standard Condition: While on supervised release you shall not commit another federal, state or local crime.

       On November 24, 2015, the District Attorney of Philadelphia charged the defendant with forgery (F2); theft by unlawful taking (F3); theft by deception (F3); theft by receiving stolen property (F3); criminal conspiracy (F3); and securing execution (M2). A warrant was issued for the defendant that same day. The matter is currently listed under District Complaint No. 15-71-000214.

       The criminal complaint and affidavit of probable cause (see attached) alleges that between June 8, 2013, and October 31, 2014, the defendant, along with his wife, unlawfully secured two loans (in excess of $52,000) from the Philadelphia Police and Fire Credit Union using the name and account information of Peter Aleszczyk's deceased mother, Marie Aleszczyk. According to the complaint and affidavit, the defendant and his wife used over $25,000 in funds from Marie Aleszczyk's accounts through ATM transactions, purchases, bill payments, redemption of her $16,000 certificate of deposit, and by forging her signature on 25 checks. It is also alleged that the defendant and his wife forged Marie Aleszczyk's signature on multiple documents, including checks, loan paperwork, and IRA distribution forms following Marie Aleszczyk's death on June 18, 2013.

    **GRADE OF VIOLATION**                                                               **B**

B.     Special Condition: The defendant shall refrain from employment in the field of "head hunting" or providing employment service placement for outside companies in any field.

       Records indicate that on June 4, 2013, Executern, Inc., was incorporated in Delaware. The defendant, through the company's website at www.executern.com, has offered virtual internships and employment recruitment. According to the company's website, "Executern is entirely focused on career search, recruitment, candidate development,

2

RE: ALESZCZYK, Peter Edward
Case No. 2:09CR000346-001

employment hiring and resource retention." As of this writing, the website is online at the previously mentioned web address. The website offers several memberships, ranging in price from $99.99 to $245.00.

**GRADE OF VIOLATION**                                                                                    C

PRAYING THAT THE COURT WILL ORDER ...   **THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER, FOR THE NAMED SUPERVISED RELEASEE TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*[signature]*

Carlos Montgomery
Supervising U.S. Probation Officer

Place: Reading, PA
Date: December 9, 2015

JWF/rmb
Attachments

cc:  Assistant U.S. Attorney
     Defense Attorney
     U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this 14 day of December, 2015 and ordered filed and made part of the records in the above case.

*[signature]*
U.S. District Court Judge

3



**COMMONWEALTH OF PENNSYLVANIA**
**PHILADELPHIA COUNTY**

PARS
DC#: 15-71-000214
Dckt/MC#:
Date: Nov 24, 2015
Complaint: COM-0007096-2015

**Original**

**Criminal Complaint**    Felony

**COMMONWEALTH OF PENNSYLVANIA VS. PETER ALESZCZYK**

I, the undersigned, do hereby state under oath or affirmation:
 (1) My name is: HUGH DAVIS JR HUGH  External Services
 (2) I accuse  PETER ALESZCZYK
 who lives at  113 Piedmont RD  West Chester, PA 19382
 with violating the Penal Laws of Pennsylvania on or about  Wednesday, June 12, 2013
 in the county of Philadelphia.
 (3) The acts committed by the accused were:
 See Supplemental Page For Complete Text

(610) 375-3560

In violation of Pennsylvania Penal Laws, section(s) and title(s)

**CHARGES:**

| Code | Grade | Description | Counts |
|---|---|---|---|
| CC4101 | F2 | FORGERY | 033 |
| CC3921 | F3 | THEFT-UNLWF TAKING | 001 |
| CC3922 | F3 | THEFT BY DECEPTION | 001 |
| CC3925 | F3 | THEFT-RSP | 001 |
| CC0903 | F3 | CRIMINAL CONSPIRACY | 001 |
| CC4114 | M2 | SECURING EXECUTION | 002 |

All of which is against the peace and dignity of the Commonwealth of Pennsylvania
 (4) I ask that a warrant of arrest or a summons be issued and that the accused be required to answer the charges I have made. This complaint has been reviewed and approved by  A.D.A. JOHN MORGAN
 (5) I swear to or affirm the within complaint upon my knowledge, information and belief, and sign it on _____ before Philadelphia Municipal Court Judge/Arraignment Court Magistrate.

_____
Signature of Arraignment Court Magistrate.

_____
Signature of Affiant

On 11/24/2015 , the above named affiant swore or affirmed that the facts set forth in the complaint were true and correct to the best of his/her knowledge, information and belief, and signed it in my presence. I believe the within affiant to be a responsible person and that there is probable cause for the issuance of process.

_____
Issuing Authority

Seal

PETER ALESZCZYK        DC#: 1571000214         Page 1 of 2         Printed: 12/07/2015 09:42 AM



## COMMONWEALTH OF PENNSYLVANIA
## PHILADELPHIA COUNTY

*PARS*

DC# : 15-71-000214
Dckt/MC#:
Date : Nov 24,2015
Complaint : COM-0007096-2015

### *Supplemental Page For Complete Text*

BETWEEN JUNE 8, 2013 AND OCTOBER 31, 2014, THE DEFENDANT IN CONCERT WITH CO-DEFENDANT SPOUSE, UNLAWFULLY SECURED TWO FRAUDULENT LOANS IN EXCESS OF $52,000 FROM THE PHILADELPHIA POLICE AND FIRE CREDIT UNION, 901 ARCH ST., PHILA., PA USING THE NAME AND ACCOUNT OF PETER'S DECEASED MOTHER MARIE ALESZCZYK.  IN ADDITION, DEFENDANT, IN CONCERT WITH CO-DEF UNLAWFULLY USED OVER $25, 000 IN FUNDS FROM MARIE ALESZCZYK'S ACCOUNTS BY FORGING HER SIGNATURE ON 25 CHECKS, ATM WITHDRAWS, PURCHASES, BILL PAYMENTS AND THE UNLAWFUL REDEMPTION OF HER $16,000 CD.   DEFS UNLAWFUL FORGED THE SIGNATURE OF MARIE ALESZCZYK ON MULTIPLE DOCUMENTS SUCH AS CHECKS, LOAN PAPERWORK AND IRA DISTRIBUTION FORMS ALL FOLLOWING HER JUNE 8, 2013 DEATH.

**Commonwealth of Pennsylvania**
**Philadelphia Municipal Court**

County of: Philadelphia
First Judicial District



# WARRANT OF ARREST

Original

**COMMONWEALTH OF PENNSYLVANIA**
v.
**PETER ALESZCZYK**

Defendant's Address(s):

113 Piedmont RD West Chester, PA 19382

Issuing Authority

**AC Magistrate SHEILA BEDFORD**

Citation/Complaint No : COM-0007096-2015
Docket No :
Warrant Control No : WAR-0007096-2015
Date Citation/Complaint Filed : 11/24/2015

Charge(s):

| Code | Grade | Description | Count |
|---|---|---|---|
| CC4101 | F2 | FORGERY | 33 |
| CC3921 | F3 | THEFT-UNLWF TAKING | 1 |
| CC3922 | F3 | THEFT BY DECEPTION | 1 |
| CC3925 | F3 | THEFT-RSP | 1 |
| CC0903 | F3 | CRIMINAL CONSPIRACY | 1 |
| CC4114 | M2 | SECURING EXECUTION | 2 |

*Additional charges, if any, are listed on separate page*

**DESCRIPTIVE INFORMATION:**

Social Security Number:
Sex: **Male**
Date of Birth:
Telephone Number: **(610)235-7077**

Age: **50**
Height: **510**
Weight: **185**

Race: **White**
Eye Color: **Blue**
Hair Color: **Brown**

**Distinguishing features (scars, tattoos, facial hair, disability, etc):**

Alias(es):

TO POLICE OFFICER:
In the name of the Commonwealth of Pennsylvania, you are commanded to take     PETER ALESZCZYK,
the defendant, into custody for 1002 Forgery
Issued under my hand this  24  day of November , 2015

Signature     Issuing Authority

PETER ALESZCZYK,     DC#: 1571000214     Page 1 of 1     05632     Printed: 12/07/2015 09:42 AM

# AFFIDAVIT OF PROBABLE CAUSE

**Commonwealth of Pennsylvania**
**County of Philadelphia**



Copy

**Affiant:**
DET HUGH DAVIS JR HUGH 9131 External Services

**Warrant Control Number:**
AFF-0007096-2015

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

1. That after investigation I have probable cause to believe that a warrant of arrest should be issued for:

   Defendant Name: **PETER ALESZCZYK**      Gender: M   Race: White

   Alias:

   DOB: ▮▮▮▮   Pid:

   Address: 113 Piedmont RD West Chester, PA 19382

**CHARGES:**

| DC Number | Code | Grade | Description | Count |
|---|---|---|---|---|
| 1571000214 | CC4101 | F2 | FORGERY | 33 |
| | CC3921 | F3 | THEFT-UNLWF TAKING | 1 |
| | CC3922 | F3 | THEFT BY DECEPTION | 1 |
| | CC3925 | F3 | THEFT-RSP | 1 |
| | CC0903 | F3 | CRIMINAL CONSPIRACY | 1 |
| | CC4114 | M2 | SECURING EXECUTION | 2 |

2. That the facts tending to establish the grounds for the issuance of the warrant of arrest and the probable cause for my belief are as follows:   ( Note: if extended text exists, see following page(s))

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF AND THAT PROBABLE CAUSE TO ARREST EXISTS.

Affiant:  DET HUGH DAVIS JR HUGH 9131 External Services

Sworn to or affirmed and subscribed before me this 24 day of November , 2015

_____          _____         
     Affiant Signature                           Issuing Authority Signature

PETER ALESZCZYK                        Page 1 of 5 Pages                 Printed: 12/07/2015 09:43 AM

# AFFIDAVIT OF PROBABLE CAUSE

**Commonwealth of Pennsylvania**
**County of Philadelphia**



Copy

| Affiant: | Warrant Control Number: |
|---|---|
| DET HUGH DAVIS JR HUGH 9131 External Services | AFF-0007096-2015 |

1571000214   On <DATE> at <TIME> at <LOCATION>, <FACTS>AFFIDAVIT OF PROBABLE CAUSE FOR ARREST WARRANT

Detective Hugh Davis, Badge # 9131, having been duly sworn and deposed, states:
Your affiant is a Philadelphia Police Detective presently assigned to the Philadelphia District Attorney's Office, Economic and Cyber Crime Unit.  Your affiant has been a sworn police officer for twenty (20) years and has participated in numerous investigations into and arrests for violations of the Crimes Code of Pennsylvania, 18 Pa.C.S.A. § 1 ET. seq. I shall not include all facts known to me about this investigation. I have set forth only those facts necessary to establish probable cause to believe that there is probable cause to arrest Peter Aleszczyk 113 Piedmont Road, West Chester, PA 19382, W/M, DOB: 6/23/65, OLN: 227 42 130 and Mary K. Aleszczyk, 113 Piedmont Road, West Chester, PA 19382, W/F, DOB: 2/9/1970, OLN: 220 89 778 for the crimes of:
"Theft by Unlawful Taking or Disposition 18 Pa.C.S.A. §3921 (F-3) 1 count;
"Theft by Deception 18 Pa.C.S.A. §3922 (F-3) 1 count;
"Receiving Stolen Property 18 Pa.C.S.A. §3925 (F-3) 1 count;
"Forgery 18 Pa.C.S.A §4101 (F-3) 33 counts;
"Securing Execution of documents by Deception 18 Pa.C.S.A §4114 (M-2) 2 counts;
"Conspiracy 18 Pa.C.S.A §903 (F-3) 1 count
In support of this request, your affiant avers the following:
1. On November 20, 2014, Mark Tustin, Fraud Manager for the Police and Fire Credit   Union (PFFCU) 901 Arch St., Phila., PA, contacted the District Attorney's Office concerning fraudulent activities relating to Marie C. Aleszczyk's (DOB 8/29/36) various bank accounts, including a checking account #48843001 and IRA account #45979701. These fraudulent activities all occurred after Marie Aleszczyk's death on June 8, 2013.
Your affiant reviewed numerous documents which were provided by Mark Tustin including but not limited to Marie Aleszczyk's monthly account statements for the period June 1, 2013 - October 31, 2014, copies of 25 checks issued following Marie Aleszczyk's death and documents regarding a $42,000 automobile loan and a $10,000 personal loan taken out in Marie Aleszczyk's name.
In addition, your affiant obtained and reviewed account statements from Marie Aleszczyk's IRA account # 45979701 from January 2013 - July 2014, including six (6) disbursement forms purportedly signed by Marie Aleszczyk months after her death.  A form, dated February 12, 2007, and signed by Marie Aleszczyk, designates her son, Peter Aleszczyk, as her beneficiary on the IRA.  Tustin confirmed with your affiant that neither Peter nor Mary Aleszczyk, his wife, were accountholders on Marie Aleszczyk's checking or savings accounts or Certificate of Deposit and there was no Power Of Attorney document on file with PFFCU for Peter or Mary to access Marie Aleszczyk's funds.
PURCHASE OF THE 2013 ACURA
2.   According to Tustin, on June 12, 2013, an online application originating from borrower Marie Aleszczyk from email address tma2fl@hotmail.com was submitted for a 6 year car loan in the amount of $42,000. This email address is associated with the PFFCU checking account belonging to Marie Aleszczyk. Marie Aleszczyk is the mother of Peter Aleszczyk and mother- in-law of Mary Aleszczyk.  This loan was applied for using Marie Aleszczyk's PFFCU checking account #48843001. This account had been active at PFFCU since February 1, 1991.
Tustin further stated that the buyer listed on the application was Mary K. Aleszczyk, 113 Piedmont Road, West Chester, PA. The automobile, a 2013 Acura, was purchased from Hertrick's car dealership located in New Castle, Delaware.
Your affiant obtained and reviewed the PFFCU auto draft issued for Marie Aleszczyk's auto loan. It was made payable to Hertrick of New Castle in the amount of $41,747.28. This check was purportedly signed and endorsed by Marie Aleszczyk on June 22, 2013.
3.   On February 5, 2015, your affiant interviewed Cheryl Brady, Senior Collector at PFFCU.
According to Brady, from July 2013 to May of 2014, loan payments were being made in a timely manner; however, in May 2014, the loan became 21 days delinquent.
According to Ms. Brady, the account had always been in good standing. Ms. Brady gave your affiant a copy of her work notes that documented all communications between her and the account holder.  Your affiant reviewed these notes

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF AND THAT PROBABLE CAUSE TO ARREST EXISTS.

Affiant:  DET HUGH DAVIS JR HUGH 9131 External Services

Sworn to or affirmed and subscribed before me this 24 day of November , 2015



_____
Affiant Signature

_____
Issuing Authority Signature

PETER ALESZCZYK                              Page 2 of 5 Pages                      Printed: 12/07/2015 09:43 AM

**Commonwealth of Pennsylvania**
**County of Philadelphia**



# AFFIDAVIT OF PROBABLE CAUSE

Copy

**Affiant:**
DET HUGH DAVIS JR HUGH 9131 External Services

**Warrant Control Number:**
AFF-0007096-2015

According to Ms. Brady's notes, from May 7, 2014 through July 10, 2014, Brady called Marie Aleszczyk and left her several messages but never received a response. Ms. Brady noted that the phone number was changed on June 11, 2013 to (610) 235-7077.

On July 2, 2014, Ms. Brady called the number and left a message for account holder Marie Aleszczyk. Brady then sent emails regarding the loan delinquency to tma2fl@hotmail.com but got no response.

On July 10, 2014, Ms. Brady received an email from tma2fl@hotmail.com. In the email, the person indicated that s/he was the account holder but did not provide a name. The unidentified person wrote in the email that the loan would be brought up to date by the end of the week. The loan, however, remained delinquent.

On July 22, 2014, Brady, after getting no response from Marie Aleszczyk, did an Accurint search of account holder Marie C. Aleszczyk. The search revealed that Marie C. Aleszczyk, with a date of birth of August 29, 1936, died on June 8, 2013, four days PRIOR to the online loan application and vehicle purchase. Brady also conducted a Google search for Marie C. Aleszczyk and this search confirmed her death through an obituary listing in the Philadelphia Inquirer.

The PFFCU notes reveal that on July 31, 2014, a male, identifying himself as Peter Aleszczyk, contacted Ms. Kelly Flannigan, a member of PFFCU's collections department, and stated that he was the son of Marie Aleszczyk. He wanted to transfer money from his mother's PFFCU account to an account that she had in Florida. Ms. Flannigan informed him that his mother would have to contact PFFCU.

On August 4, 2014, the same male, identifying himself as Peter Aleszczyk, contacted Ms. Brady and told her that his mother was sick in a Florida hospital. He also told her that he had the vehicle; and that he wanted to pay off the loan. Ms. Brady informed him that PFFCU was in the process of repossessing the car and that she knew that his mother had died before the purchase of the car. At this time Ms. Brady confronted Aleszczyk as to why on July 31, 2014 he told Kelly Flanigan that his mother was in a hospital in Pennsylvania near Paoli.

Thereafter, on August 7, 2014, Ms. Brady received a second phone call from Peter Aleszczyk who informed her that the car could be picked up at 1177 Wilmington Pike, West Chester, PA. The car was picked up at this location and subsequently sold by PFFCU for $20,000 causing a loss to PFFCU in excess of $16,000.

4. On June 22, 2015, your affiant contacted Detective Tim Shockley of the Delaware State Police Barracks in Seaford, DE and submitted to him a probable cause affidavit to obtain all of the documents concerning the purchase of the 2013 Acura with VIN#19UUA8F53DA006120 from Hertrick of New Castle.

On July 10, 2015, Detective Shockley obtained and provided copies of these documents to your affiant. According to these documents, on June 12, 2013, Mary K Aleszczyk, 113 Piedmont Road, West Chester, PA 19380 bought the Acura. As part of the sale, she provided the dealership with her Pennsylvania Driver's license, #22089778. In addition, she submitted her State Farm Insurance, Pennsylvania Financial Responsibility Identification Card policy #203 0451-801-38A-001 as proof of insurance. Your affiant has copies of these two submitted identification cards. Your affiant reviewed the sales receipt which lists the total purchase price of the vehicle as $41,747.

Your affiant reviewed the biographical information on the Pennsylvania Driver's license. The address of 113 Piedmont Road, West Chester, PA 19380 is the same address as that of Peter Aleszczyk.

5. On February 24, 2015, your affiant contacted the Pennsylvania Department of Transportation and requested a certified copy of the vehicle title and records for the 2013 Acura TLT with the vehicle identification # 19UUA8FS3DA 006120. Your affiant reviewed these records.

According to these documents, the vehicle was purchased from Hertrick of New Castle on June 12, 2013 by Mary K. Aleszczyk, 113 Piedmont Road, West Chester, PA 19380. Mary presented a Pennsylvania driver's license, #22089778. The date of birth on the driver's license is February 9, 1970. Mary Aleszczyk's signature was notarized by Sherrie Franklin.

6. On March 10, 2015, your affiant interviewed Sherrie Franklin. She told your affiant that she is a registered notary in the State of Delaware and that she had been employed as a title clerk for Hertrick of New Castle from January 2012 to September 2013.

Your affiant showed Franklin the purchase documents of the vehicle. Franklin confirmed that she notarized the documents for the purchase of a 2013 Acura with the VIN# of: 19UUA8FS3DA 006120. Your affiant showed Ms. Franklin a copy of Mary K. Aleszczyk's Pennsylvania Driver's license. She told your affiant that the buyer would have presented this driver's

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF AND THAT PROBABLE CAUSE TO ARREST EXISTS.

Affiant: DET HUGH DAVIS JR HUGH 9131 External Services

Sworn to or affirmed and subscribed before me this 24 day of November, 2015

_____
Affiant Signature

_____
Issuing Authority Signature



**Commonwealth of Pennsylvania**
**County of Philadelphia**



# AFFIDAVIT OF PROBABLE CAUSE

Copy

| Affiant: | Warrant Control Number: |
|---|---|
| DET HUGH DAVIS JR HUGH 9131 External Services | AFF-0007096-2015 |

Mary K. Aleszczyk's Pennsylvania Driver's license. Uno told your affiant that the buyer would have presented this driver's license to finance manager David Ramirez at the time of the purchase. These documents were then sent to Pennsylvania so that the title could be transferred to Pennsylvania since Aleszczyk is a Pennsylvania resident.

7. On April 27, 2015, your affiant interviewed David Del Negro of Wiggins Auto Tags of 1301 West Chester Pike, Westchester, PA. He told your affiant that he is a registered notary and a liaison to Harrisburg for PENN DOT for out-of-state titles. Del Negro stated that once a week he picks up titles from various car dealerships in Delaware and that Hertrick is one of Wiggins' clients. After reviewing the purchase documents from Hertrick and PFFCU, Del Negro confirmed that the car was registered to Mary K. Aleszczyk of 113 Piedmont Road, West Chester, PA on June 12, 2013. The vehicle was validated with PENN DOT on July 15, 2013 through the vehicle registration.

THE $10,000 PERSONAL LOAN

8. Tustin provided additional information regarding a September 18, 2013 online application for a $10,000 loan for Marie C. Aleszczyk. This $10,000 loan application was submitted via Marie Aleszczyk's checking account, #488843001. On September 26, 2013, PFFCU then received a signed written loan application with Marie C. Aleszczyk's purported signature. The loan was approved and on October 1, 2013, $10,000 was transferred into Marie's PFFCU checking account #48843001. Your affiant compared this signature to the signature on Marie Aleszczyk's IRA document. They are not similar. The loss to PFFCU related to this fraudulent loan is in excess of $9,100.
Tustin informed your affiant that Peter Aleszczyk was required to notify PFFCU of his mother's death. Furthermore, PFFCU would never have approved these loans had they been notified of her death.

9. Your affiant reviewed Marie's monthly account statements provided by Tustin. Your affiant notes that in July 2013 Marie's CD in excess of $16,000 was redeemed, and transferred into her checking account following her death. Your affiant notes that following the date of Marie's June 8, 2013 death and despite the addition of her $16,000 CD, the funds in her checking and savings accounts, in excess of $25,000, were depleted through cash w/ds, checks containing the purported signature of Marie, and payments.
In particular, your affiant notes that following the transfer of the $10,000 personal loan into Marie's checking account, from October 1, 2013 to October 31, 2013, there were numerous withdrawals and checks written from Marie Aleszczyk's checking account totaling $9,711.58. All of the checks bear the signature of the deceased Marie.

IRA

10. Between November 2013 and May 2014, there were numerous transfers in excess of $60,000 made from Marie Aleszczyk's IRA account to her PFFCU checking account. At least six (6) of these transfers were submitted through written IRA distribution forms that were purportedly signed by Marie C. Aleszczyk, although deceased at the time. Your affiant has obtained and reviewed copies of these forms.

ALLY BANK

11. On February 18, 2015, Frances Zeock, fraud investigator for Ally Bank, 1100 Virginia Drive, Fort Washington, PA contacted the District Attorney's Office regarding a fraud investigation that she had conducted. Zeock submitted a written report that was reviewed by your affiant and confirmed with Zeock through a telephone conversation.
According to Zeock, on September 10, 2014, Peter Aleszczyk, 113 Piedmont Road, West Chester, PA, social security#: 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, DOB: 6/23/1965, phone number of (610) 399-3115 opened an Ally Bank Online Savings Account # 2128500291. Aleszczyk is listed as the only signer of the account and used his mother's maiden name Conklin as an account identifier. The email address associated with the account is: palex1029@gmail.com. The address associated with this email is 2101 Wood Hollow Way, Sarasota, Florida 34235, Peter Aleszczyk's mother's Florida address.

12. Your affiant reviewed the account activity for Ally Bank account # 2128500291. Three (3) checks written from Marie Aleszczyk's PFFCU account #48843001 totaling $15,000 were deposited into the Ally account between October 9, 2014 and October 23, 2014.
Check# 710, dated October 9, 2014, in the amount of $6500, was made payable to Peter Aleszczyk, purportedly signed by Marie C. Aleszczyk and endorsed by Peter Aleszczyk.
Check # 712, dated October 21, 2014, in the amount of $4000 was made payable to Peter Aleszczyk, purportedly signed by Marie C. Aleszczyk, and endorsed by Peter Aleszczyk.
Check #713 dated October 23, 2014, in the amount of $4500, was made payable to Peter Aleszczyk, and purportedly signed by Marie C. Aleszczyk and endorsed by Peter Aleszczyk.

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF AND THAT PROBABLE CAUSE TO ARREST EXISTS.

Affiant: DET HUGH DAVIS JR HUGH 9131 External Services

Sworn to or affirmed and subscribed before me this 24 day of November, 2015

_____          _____
Affiant Signature                  Issuing Authority Signature



PETER ALESZCZYK    Page 4 of 5 Pages    Printed: 12/07/2015 09:43 AM

# INFORMATION SHEET FOR REVOCATION OF SUPERVISION

**United States of America**   )   Case No. 2:09CR000346-001

vs.   )

PETER EDWARD ALESZCZYK   )

| | |
|---|---|
| Defendant's Address: | 113 Piedmont Road<br>West Chester, PA 19382<br>610-235-7077 |
| Defendant's last known Counsel, Address and Telephone number: | Patrick J. Egan, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>10th Floor<br>Philadelphia, PA 19107<br>215-299-2000<br>pegan@foxrothschild.com |
| Assistant U.S. Attorney:<br>Street Address:<br>City and State:<br>Telephone No.: | Euwald Zittlau, Esquire<br>U.S. Attorney's Office<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106-4476<br>215-861-8619<br>ewald.zittlau@usdoj.gov |

Jason W. Fury
U.S. Probation Officer
Telephone No. 610-320-5169