```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
UNITED STATES OF AMERICA         :

         vs.                     :    CRIMINAL NO.  9-346-1

PETER EDWARD ALESZCZYK           :
```

ORDER FOR BENCH WARRANT

AND NOW, this 8TH day of JUNE, 2017, it is hereby, ORDERED that the Clerk shall issue a bench warrant forthwith for the arrest of DEFENDANT PETER EDWARD ALESZCZYK directing the United States Marshal to take the defendant into custody and to remain there to await further proceedings.

AND IT IS SO ORDERED.

```
                         S/J. CURTIS JOYNER_____
                         J. CURTIS JOYNER, J.
```