IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
v. :
: NO. 9-346-1

PETER EDWARD ALESZCZYK

**ORDER REVOKING SUPERVISED RELEASE**

AND NOW, this 31ST day of JANUARY, 2018, after hearing in open court sur violation of supervised release, with defendant and counsel being present, and the Court finding defendant in violation of supervised release, it is

ORDERED AND ADJUDGED that the order of supervised release entered in the above case is revoked. PETER EDWARD ALESZCZYK having been found in violation of his supervised release shall be committed to the custody of the Bureau of Prisons for a period of 24 Months to be served consecutive to his state sentence.

IT IS FURTHER ORDERED that upon completion of his confinement he shall serve a term of ONE (1) YEAR supervised release. All other previously imposed conditions of supervised release shall remain in full effect.

BY THE COURT:


S/J. CURTIS JOYNER
J. CURTIS JOYNER  J.

cc: U.S. Marshal (2)
    Probation Office (1)
    Counsel

1/31/18          SS
Date         By Whom